IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

FILED
NOV 19 2013
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:13mj464 |
| | ) | |
| v. | ) | |
| | ) | |
| LADOREN PRUITT | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, LADOREN PRUITT, was present in the Eastern District of Virginia on Fort Lee, Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense, in the Eastern District of Virginia, and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Misdemeanor – Citation No. 4007971)

On or about October 29, 2013, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the special territorial jurisdiction of the United States, defendant, LADOREN PRUITT, did ~~recklessly~~ operate

U.S. v. LADOREN PRUITT

a motor vehicle on the highways in Virginia at a speed of ~~twenty miles per hour or more~~ 10H in excess of the applicable maximum speed limit, to wit: ~~45~~ 30 MPH in a posted 25 MPH zone. (In violation of ~~Title 18, United States Code, Section 13~~ 32 CFR 634.25(f), assimilating the 1950 Code of Virginia, as amended, §46.2-~~862~~ 878 10H.)

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Katharine M. E. Adams
Special Assistant United States Attorney

2